UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRENESHA BIGGERS,<br><br>                                Plaintiff,<br><br>          -against-<br><br>THE STATE OF TEXAS, et al.,<br><br>                                Defendants. | 23-CV-8648 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the October 10, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:    October 10, 2023
              New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge