UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRENESHA BIGGERS,

                Plaintiff,

-against-

THE STATE OF TEXAS, ET AL,

                Defendants.

22-CV-8648 (LTS)

CIVIL JUDGMENT

    For the reasons stated in the April 26, 2024, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   April 26, 2024
           New York, New York

                                            /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                          Chief United States District Judge